IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No.   14-1336-STA-egb |
| ) | |
| ARRICE ALDRIDGE, ) | |
| ) | |
| Defendant. ) | |

ORDER CLOSING CASE ADMINISTRATIVELY

On December 11, 2014, Plaintiff United States of America filed an application for writ of garnishment. The writ of garnishment was issued that same day. The garnishee filed an answer on January 5, 2015, and a garnishee order was entered on January 14, 2015. No other action has been taken in this matter.

Administratively closing a case is a case-management tool used by district courts to obtain an accurate count of active cases.  *Citifinancial Corp. v. Harrison*, 453 F.3d 245 (5th Cir. 2006). That is, the court may close a case administratively for statistical purposes.  *See Corion Corp. v. Chen*, 964 F.2d 55, 56-57 (1st Cir. 1992) (Administrative closings comprise a familiar, albeit essentially ad hoc, way in which courts remove cases from their active files without making any final adjudication.)  *See also Lehman v. Revolution Portfolio L.L.C.,* 166 F.3d 389 (1st Cir. 1999) ("This method is used in various districts throughout the nation in order to shelve pending, but dormant, cases.").  *Lehman* "endorsed the judicious use of administrative closings in

circumstances in which a case, though not dead, is likely to remain moribund for an appreciable period of time." *Id.* at 392 n. 3.

Consequently, the Clerk of Court is directed to close the case for statistical purposes. Nothing contained in this order shall be considered as a dismissal or disposition of this action. Should further proceedings become necessary, either party may initiate that proceeding in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date:   April 5, 2017